IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 15 2021
MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 21-999 MV |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 2252A(a)(2), |
| ) | 2252A(b)(1), and 2256: Receipt of Child |
| **ZACHARY DOSCH**, ) | Pornography; |
| ) | |
| Defendant. ) | Count 2: 18 U.S.C. §§ 2252A(a)(2), |
| ) | 2252A(b)(1), and 2256: Distribution of |
| ) | Child Pornography. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about January 19, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **ZACHARY DOSCH**, knowingly received, and attempted to receive, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256.

### Count 2

On or about January 15, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **ZACHARY DOSCH**, knowingly distributed, and attempted to distribute, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and that had been shipped and transported in and affecting interstate and foreign

commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney