IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. No. 21-00999 MV |
| | ) | |
| **ZACHARY DOSCH**, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL

The United States hereby notifies the Court that Stephen A. White has left its employ and

is no longer counsel of record for the United States in the District of New Mexico in the above-

captioned case.

Assistant United States Attorney Sarah J. Mease will remain as counsel of record for the

United States in this case.

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*/s/ Electronically filed on 1/3/2023*
SARAH J. MEASE
United States Attorney
Post Office Box 607
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing
electronically through the CM/ECF system, which
caused counsel of record to be served by
electronic means, as more fully reflected on the
Notice of Electronic Filing.

*/s/*_____
Sarah J. Mease
United States Attorney